Deric Lostutter
4703 Pennoak Lane
Unit B
Greensboro, N.C. 27407
LostutterDWork@Gmail.com



# UNITED STATES DISTRICT COURT

# FOR THE

# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DERIC LOSTUTTER,<br><br>    Plaintiff,<br><br>vs.<br><br>SAMANTHA COOK,<br><br>    Defendant | Case No.: 17CV801<br><br>NOTICE OF CHANGE OF ADDRESS |

**TAKE NOTICE TO ALL PARTIES, THIS COURT, AND THEIR ATTORNEY'S:**

The Plaintiff's previous address of P.O. Box 1000 Petersburg, Va. 23804 is no longer valid for service of process. Please serve all pleadings, motions, discovery, and otherwise "filings" on the Plaintiff at the following address:

Deric Lostutter

4703 Pennoak Lane

Unit B

Greensboro, N.C. 27407

1

Dated this 31 of May, 2018.

                                                        Respectfully Submitted,

                                                        Deric Lostutter, Plaintiff Pro Se
                                                        4703 Pennoak Lane
                                                        Unit B
                                                        Greensboro, N.C. 27407
                                                        LostutterDWork@Gmail.com

## CERTIFICATE OF SERVICE

I, Deric Lostutter, hereby swear under penalty of perjury in the United States of America, that on the undersigned date I delivered a true and accurate copy of the foregoing NOTICE OF CHANGE OF ADDRESS on the DEFENDANT in this matter by placing said copy in a post-paid envelope addressed to:

Samantha Cook

116 Cross Street

Wintersville, Ohio 43953

And depositing said envelope into the United States Postal Service on the undersigned date for delivery.

Dated this 31st of May, 2018.

Respectfully Submitted,

Deric Lostutter
Plaintiff, Pro Se
4703 Pennoak Lane
Unit B
Greensboro, N.C. 27407
LostutterDWork@Gmail.com

3